IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv032

| | |
|---|---|
| ALMA J. QUEEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** is before the Court *sua sponte* on its review of compliance with the Court's Order dated March 24, 2010 [Doc. 4] relating to Plaintiff's Motion to Proceed *in forma pauperis* [Doc. 2].

Said Order instructed Plaintiff to file the long form application or pay the applicable $350.00 filing fee within 30 days, or risk dismissal.

The Court has reviewed the docket and is satisfied that this *pro se* Plaintiff was issued notice of its Order.

Well in excess of 30 days have passed without Plaintiff's compliance therewith or communication thereon with the Court.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is

dismissed for failure to prosecute pursuant to this Court's Order of March 24, 2010 [Doc. 4], and that this matter is hereby **DISMISSED WITH PREJUDICE.**

Signed: May 14, 2010

Martin Reidinger
United States District Judge