IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv032

| | |
|---|---|
| ALMA J. QUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## J U D G M E N T

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Complaint is dismissed for failure to prosecute pursuant to this Court's Order of March 24, 2010 [Doc. 4], and that this matter is hereby **DISMISSED WITH PREJUDICE.**

Signed: May 14, 2010

Martin Reidinger
United States District Judge